170 A.3d 340

MID–MONMOUTH REALTY ASSOCIATES, A NEW JERSEY GEN-ERAL PARTNERSHIP, PLAINTIFF–CROSS–PETITIONER, v. METALLURGICAL INDUSTRIES, INC., A NEW JERSEY COR-PORATION, METALLURGICAL INTERNATIONAL, INC., A NEW JERSEY CORPORATION, BRIA COMMUNICATIONS CORPORATION, A NEW JERSEY CORPORATION, IRA L. FRIEDMAN, LAWRENCE FRIEDMAN, PHILADELPHIA MAN-UFACTURERS' MUTUAL INSURANCE COMPANY, AFFILIAT-ED F.M. INSURANCE COMPANY, CONSOLIDATED MUTUAL

INSURANCE COMPANY, FACTORY INSURANCE ASSOCIA-
TION, INDUSTRIAL RISK INSURERS, AETNA CASUALTY &
SURETY COMPANY, KEMPER INSURANCE, AND CNA IN-
SURANCE, DEFENDANTS, AND GREATER NEW YORK IN-
SURANCE GROUP, GREATER NEW YORK MUTUAL INSUR-
ANCE COMPANY, DEFENDANTS-CROSS-RESPONDENTS.

September 11, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–000237–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.